IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEGEND SMELTING AND RECYCLING, INC.,

              Plaintiff,

- against -

WHITE METAL RECYCLING, LLC, SCRAP TRANSPORT, LLC, HOUSE OF WINDSOR, INC., AMERICAN ALUMINUM ALLOYS, LLC, CREED F. WHITE a/k/a ZACH FEINSTEIN, JOHN DOE NOS. 1-10, AND ABC CORP. NOS. 1-10,

              Defendants.

Civ. Action No. 17-cv-1553-JEJ

**DEFAULT JUDGMENT**
**(Fed. R. Civ. P. 55(b)(1))**

**THIS MATTER** having been opened to the Court by Plaintiff Legend Smelting & Recycling, Inc ("Plaintiff" or "Legend"), by and through counsel, for entry of a default judgment against Defendants White Metal Recycling, LLC, Scrap Transport, LLC, House of Windsor, Inc., American Aluminum Alloys, LLC and Creed F. White a/k/a Zach Feinstein ("Defendants") pursuant to Fed. R. Civ. P. 55(b)(1), and it appearing based on the application of the Plaintiff and the accompanying affidavits, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants have failed to appear in this action by timely pleading, responding to, or otherwise defending against, the Complaint in this action after being properly served with it. Accordingly, under R. 55(a) of the Federal Rules of Civil Procedure, default was entered against Defendants on October 4, 2017.

2. Defendants are not minors nor incompetent persons.

3. Defendants are not current members of the military service.

4. Defendants are indebted to Plaintiff for a sum certain, which is the amount of in the amount of $327,224.69 based on contracts, invoices, purchase orders and proofs of payment underlying Plaintiff's claims showing goods sold and delivered.

THEREFORE,

1. Judgment is entered under Federal Rules of Civil Procedure, Rule 55(b), jointly and severally, against White Metal Recycling, LLC, Scrap Transport, LLC, House of Windsor, Inc., American Aluminum Alloys, LLC and Creed F. White a/k/a Zach Feinstein, in the principal amount of $327,224.69, and taxable costs in the amount of $1,106.93, for a total judgment of **$328,331.62**.

2. This judgment will bear interest at the judgment rate from the date of this judgment until paid.

3. Pursuant to Federal Rule of Civil Procedure 54, Plaintiff is granted leave to file a motion for fees and for a hearing on the same within thirty (30) days from the date of entry of this Order.

By: _____
Elizabeth O'Donnell, Deputy Clerk